UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Jack D. Ciavi ~~SOCIAL~~ ~~DATE OF BIRTH~~ ~~DRIVER'S LICENSE~~ ~~ADDRESS~~

CITATION / CASE NO. __5 05 mj 0071 TAG__

**ORDER TO PAY**
Judgment

Inyo
City/County

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 11-21-05            _____
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~ / CASE NO: __5 05 mj-0071__    FINE __200.00__    ASGMT. __20.00__
~~CITATION / CASE NO:~~ _____    FINE _____    ASGMT. _____

(✓) **FINE TOTAL** of $ __200.00__ and a penalty assessment of $ __20.00__ within __60__ (days/~~months~~) or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
(✓) **RESTITUTION** Under submission. Counsel to submit Points and Authorities by 1/13/06.
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

(✓) Defendant found not guilty on Counts 1, 3, 4, 6.
(✓) Defendant found guilty on Counts 2 and 5.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982~~

~~CLERK, USDC
501 "I" St., #4200
Sacramento, CA 95814~~

**CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721**

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 11/21/05            _____
                          for U.S. MAGISTRATE JUDGE

Clerk's Office                                                    EDCA - 03 Rev 8/97